IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL -6 PM 3: 16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

DAVID JOHNSON,

    **Plaintiff**

vs.

    NO. 03-2761 Map

MEMPHIS MARINE SERVICES, INC. and
CARGILL, INC.,

    **Defendants.**

---

### ORDER GRANTING MOTION TO FILE AMENDED COMPLAINT

---

It appearing to the Court that Plaintiff has filed an unopposed Motion To File An Amended Complaint. For good cause shown, and Defendants having no opposition thereto, the plaintiff's Motion To File Amended Complaint is granted.

IT IS SO ORDERED

    _____
    U. S. MAGISTRATE JUDGE

    Date: July 6, 2005

### CERTIFICATE OF SERVICE

I, James T. Allison, hereby certify that I have served a copy of the foregoing documents to Mr. John Starnes, Attorney for Defendant, Cargill, Inc., at his office at 165 Madison Avenue, Suite 2000, Memphis, Tennessee 38103 and Mr. Gregory O'Neal, Attorney for Defendant, Memphis Marine Services, at his office of 675 Oakleaf Office Lane Suite 200, Memphis, Tennessee 38117, by placing in the United States Mail, postage prepaid, first class, this _____ day of June, 2005.

    _____
    **JAMES T. ALLISON**

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-7-05

36

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:03-CV-02761 was distributed by fax, mail, or direct printing on July 7, 2005 to the parties listed.

---

James T. Allison
LAW OFFICE OF JAMES T. ALLISON
100 North Main Bldg.
Ste. 2309
Memphis, TN 38103

Gregory W. O'Neal
BRATTON & O'NEAL
675 Oakleaf Office Ln.
Ste. 200
Memphis, TN 38117

G. Ray Bratton
BRATTON & O'NEAL
675 Oakleaf Office Ln.
Ste. 200
Memphis, TN 38117

John B. Starnes
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT