FILED BY /pg/ , D.C.

05 NOV 23 AM 8:07

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

IN THE UNITED STATES DISTRICT COUROT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

DAVID JOHNSON,

    Plaintiff

vs.                                          NO. 03-2761 Map

MEMPHIS MARINE SERVICES, INC.,
CARGILL, INC. and AMERICAN
COMMERICAL BARGE LINES, INC.,

    Defendants.

## ORDER OF NON-SUIT AS TO DEFENDANT
## AMERICAN COMMERICAL BARGE LINES, INC.

It appearing to the Court from the statements of counsel for the Plaintiff, David Johnson that he wishes to take a non-suit against the Defendant American Commercial Barge Lines, Inc.

**IT IS HEREBY ORDERED** that a non-suit is granted as to the Defendant American Commercial Barge Lines, Inc.

U. S. DISTRICT JUDGE

Date: November 22, 2005

JAMES T. ALLISON #8483
Attorney for Plaintiff
100 North Main Bldg., Suite 2309
Memphis, TN 38103
Phone: (901) 528-0020

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-29-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 2:03-CV-02761 was distributed by fax, mail, or direct printing on November 29, 2005 to the parties listed.

---

James T. Allison
LAW OFFICE OF JAMES T. ALLISON
100 North Main Bldg.
Ste. 2309
Memphis, TN 38103

Chad D. Graddy
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

G. Ray Bratton
BRATTON & O'NEAL
675 Oakleaf Office Ln.
Ste. 200
Memphis, TN 38117

Gregory W. O'Neal
BRATTON & O'NEAL
675 Oakleaf Office Ln.
Ste. 200
Memphis, TN 38117

Honorable Samuel Mays
US DISTRICT COURT