IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC -2 PM 4: 16

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W D       MEMPHIS

DAVID JOHNSON,

    Plaintiff,

VS.                            NO. 03-2761-Ma

MEMPHIS MARINE SERVICES, ET AL.,

    Defendants.

## ORDER AMENDING SCHEDULE

At the request of the parties, a status/scheduling conference was held in this matter on November 10, 2005. Appearing on behalf of plaintiff was James Allison. Appearing on behalf of the defendants were Greg O'Neal and Chad Graddy. The schedule was amended as follows:

1. The deadline for completing discovery is April 3, 2006.
2. The deadline for completing mediation is May 1, 2006.
3. Plaintiff's expert reports are due May 1, 2006.
4. Defendants' expert reports are due June 1, 2006.
5. The deadline for taking expert depositions is July 3, 2006.
6. The deadline for filing potentially dispositive motions is August 1, 2006.
7. The parties shall submit a joint proposed pretrial order by 5:00 p.m. on October 6, 2006.
8. A pretrial conference will be held on Friday, October



This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  12-7-05

48

          13, 2006, at 10:00 a.m.

9.    The non-jury trial is **reset** to Monday, October 23, 2006, at 9:30 a.m. and is expected to take 2 to 3 days.

Absent good cause, the amended schedule set by this order will not be modified or extended.

So ORDERED this 1st day of December, 2005.

                                              SAMUEL H. MAYS, JR.
                                              UNITED STATES DISTRICT JUDGE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:03-CV-02761 was distributed by fax, mail, or direct printing on December 7, 2005 to the parties listed.

---

James T. Allison
LAW OFFICE OF JAMES T. ALLISON
100 North Main Bldg.
Ste. 2309
Memphis, TN 38103

Gregory W. O'Neal
BRATTON & O'NEAL
675 Oakleaf Office Ln.
Ste. 200
Memphis, TN 38117

Chad D. Graddy
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

G. Ray Bratton
BRATTON & O'NEAL
675 Oakleaf Office Ln.
Ste. 200
Memphis, TN 38117

Honorable Samuel Mays
US DISTRICT COURT